AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Antonio Neri

APPEARANCE

CASE NUMBER: 1:06-M-107M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

10-17-06
*Date*

John M Cicilline
*Signature*

JOHN M CICILLINE
*Print Name* *Bar Number*

387 atwells ave
*Address*

Prov R.I. 02909
*City* *State* *Zip Code*

273-5600
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.