AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Antonio Neri

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
## (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:06-M-107M

I, Antonio Neri, charged in a (complaint) (petition) pending in this District with Felon in Possession of a firearm in violation of Title 18, U.S.C., 922(G)(1), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
*Defendant*

10-17-06
*Date*

[signature]
*Counsel for Defendant*